| | |
|---|---|
| 1 | Rex Sofonio (SBN 190671) |
| | rex@sofoniolaw.com |
| 2 | William S. Caldwell (SBN 200969) |
| | william@wsc-law.com |
| 3 | **SOFONIO & ASSOCIATES, INC.** |
| | 555 E. Ocean Blvd., Suite 510 |
| 4 | Long Beach, CA 90802 |
| | Tel:    657.232.3600 |
| 5 | Fax:   657.203.2116 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | JASON R. JACOBS |

JULIE A. DUNNE (SBN 160544)
julie.dunne@us.dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tel:    619.699.2700
Fax:   619.699.2701

ANDREA R. ORTEGA (SBN 317820)
andrea.ortega@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:    415.836.2500
Fax:   415.836.2501

Attorneys for Defendant
UNITED PARCEL SERVICE. INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. JACOBS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  8:21-cv-01284-PSG-AFM<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS PURSUANT TO RULE 41(a)**<br><br>[Fed. R. Civ. P. 41(a)(1)(A(ii)]<br><br>Complaint Filed: June 22, 2021<br>Judge: Hon. Phillip Gutierrez<br>Courtroom: 6A<br><br>(Removed from Orange County Superior Court, Case No. 30-2021-01207151-CU-OE-CXC) |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  Plaintiff Jason R. Jacobs and Defendant United Parcel Service, Inc. (collectively, the
3  "Parties"), by and through their respective counsel, hereby stipulate and agree to
4  dismiss all claims in the above-captioned action, in their entirety, without prejudice.
5  Each party shall bear his/its own attorneys' fees, expenses, and costs.

6  **IT IS SO STIPULATED.**

7
8  Dated: September 9, 2021      **SOFONIO & ASSOCIATES, INC.**

9                                By: */s/ Rex Sofonio*
10                                    REX SOFONIO
                                      WILLIAM S. CALDWELL
11
12                                    Attorneys for Plaintiff
                                      JASON R. JACOBS
13
14  Dated: September 9, 2021      **DLA PIPER LLP (US)**

15                                By: */s/ Julie A. Dunne*
16                                    JULIE A. DUNNE
                                      ANDREA R. ORTEGA
17
18                                    Attorneys for Defendant
                                      UNITED PARCEL SERVICE, INC.
19
20  **ATTESTATION OF SIGNATURE**

21  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby
22  attests that all other signatories listed above, and on whose behalf this filing is
23  submitted, concur in the filing of this document's contents, and have authorized this
24  filing.

25  Dated: September 9, 2021      **DLA PIPER LLP (US)**

26                                By: */s/ Julie A. Dunne*
27                                    JULIE A. DUNNE
28